IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **RONALD SATISH EMRIT,**<br><br>      Plaintiff,<br><br>v.<br><br>**THE GRAMMY AWARDS ON CBS,**<br><br>      Defendant. | **ORDER ADOPTING AND AFFIRMING REPORT AND RECCOMENDATION**<br><br>**Case No. 2:24-cv-00022-DAK-CMR**<br><br>**Judge Dale A. Kimball**<br><br>**Magistrate Judge Cecilia M. Romero** |

United States District Judge Dale A. Kimball referred this case to United States Magistrate Judge Cecilia M. Romero under 28 U.S.C. § 636(b)(1)(B) [ECF No. 6]. On April 22, 2024, Magistrate Judge Romero issued a Report and Recommendation recommending that the court dismiss Plaintiff's complaint without prejudice [ECF No. 8]. The court has reviewed the docket and Judge Romero's Report and Recommendation and adopts and affirms the Report and Recommendation. Accordingly, the court dismisses Plaintiff's complaint without prejudice.

Judge Romero explained that, under 28 U.S.C. § 1391, a civil action may be brought in any judicial district in which either the defendant resides or a substantial part of the events giving rise to the claim occurred. When a case is brought in the wrong venue, the district court in which the case is filed "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought. 28 U.S.C. § 1406(a). Plaintiff alleges to be a resident of the state of Florida and Maryland and Defendant Grammy Awards' principal place of business is in Los Angeles, California [ECF No 2]. Nothing in the Complaint alleges any facts that suggest that any of the events giving rise to the claim occurred in Utah. Plaintiff has been notified of this venue requirement in similar actions and has disregarded these requirements. Thus, dismissal is warranted.

The court agrees with Judge Romero's reasoning, and therefore adopts Judge Romero's Report and Recommendation and DISMISSES WITHOUT PREJUDICE Plaintiff's Complaint.

DATED this 11th day of June 2024.

BY THE COURT:

DALE A. KIMBALL
United States District Judge